UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. QUADAIR WILLIAMS, ET AL., 23-mj-9249

---

# PETITION FOR WRIT OF HABEAS CORPUS

( X ) Ad Prosequendum          (   ) Ad Testificandum

1. **Jamah Godwin**: DOB: ▮▮▮▮▮ : FBI: 963382AH0: SBI No.: 326228G (hereinafter the "Detainee") is now confined at Essex County Correctional Facility.

2. The Detainee is charged in this District by: ( ) Indictment    ( ) Information    ( X ) Complaint

    with violations of 21 U.S.C. 846

3. The Detainee will be required at Frank R. Lautenberg Post Office and United States Courthouse, 2 Federal Square, Newark, New Jersey, before the Hon. Brian R. Martinotti, U.S. District Judge, on September 11, 2025 at 11:30 a.m. for a plea hearing in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED:  8/25/25

/s/ James Graham
James Graham
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: Aug. 26, 2025

_____
Hon. Brian R. Martinotti, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Essex County Correctional Facility:

WE COMMAND YOU that you have the body of

**JAMAH GODWIN,**

now confined at Essex County Correctional Facility, brought before the United States District Court, the Hon. Brian R. Martinotti, U.S. District Judge, in the Frank R. Lautenberg Post Office and United States Courthouse at 2 Federal Square, Newark, New Jersey, on September 11, 2025 at 11:30 a.m. so that the Detainee may participate in a plea hearing in the above-captioned matter.

      WITNESS the Honorable Brian R. Martinotti
      United States District Judge
      Newark, New Jersey.

DATED: August 26, 2025

MELISSA E. RHOADS
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Lissette Rodriguez, Deputy Clerk